1  BENJAMIN C. MIZER
   Principal Deputy Assistant Attorney General
2  JOSEPH H. HUNT
   Director, Federal Programs Branch
3  JACQUELINE COLEMAN SNEAD
   Assistant Branch Director
4  JULIA BERMAN, Bar No. 241415
   Trial Attorney
5  U.S. Department of Justice, Civil Division
   20 Massachusetts Avenue, NW
6  Washington, D.C. 20001
   Phone: (202) 616-8480; Fax: (202) 616-8470
7  *Attorneys for the Plaintiff*

8  **UNITED STATES DISTRICT COURT**
   **NORTHERN DISTRICT OF CALIFORNIA**
9

10 )
   )  Case No. _____
11 UNITED STATES POSTAL SERVICE,  )
   )
12 )
                     Plaintiff,  )
13 )
              v.                 )
14 )
   CITY OF BERKELEY,             )
15 )  **EXHIBIT 2 TO**
                     Defendant.  )  **COMPLAINT FOR DECLARATORY**
16 )  **AND INJUNCTIVE RELIEF**
   )
17

18

19              **EXHIBIT 2:**

20  **July 8, 2013 Letter from City Councilmember Jesse Arreguín**

21

...

28

Complaint for Declaratory and Injunctive Relief



**Berkeley City Council District 4**

July 8, 2013

Vice President, Facilities
Facilities Implementation – Pacific Area
1300 Evans Avenue, Suite 200
San Francisco, CA 94188-0200

Re:     **Zoning for Berkeley Main Post Office, 2000 Allston Way**

To Whom It May Concern:

I am writing to inform you that the Berkeley City Council is considering zoning changes to the area where the Berkeley Main Post Office is located, including the post office site.

The Berkeley Main Post Office is part of the Berkeley Civic Center Historic District, designated by the City of Berkeley in 1998, and subsequently added to the National Register of Historic Places. The Civic Center Historic District also includes 12 other buildings including Berkeley High School, the Veterans Memorial Building, Old City Hall, and the Martin Luther King Jr. Civic Center Building where the city's administrative offices are located.

The City designated the Civic Center Historic District in recognition of the important role that the district played in the history of Berkeley, and to preserve buildings of special cultural and architectural merit so that they can continue for future generations.

I have submitted the attached item which would establish a Civic Center District zoning overlay. The Civic Center district is in two different zoning districts, R-3 Medium Density Residential and C-DMU Commercial-Downtown Mixed Use. The zoning overlay would cover those 13 properties in the existing Civic Center Historic District and would limit the allowable land uses, specifically excluding residential and mixed use development. The proposed zoning restrictions reflect the current uses of the property and would ensure that future uses are consistent with the

2180 Milvia Street, 5th Floor
Berkeley, CA  94704
510 981-7140  Tel
510 981-7144  Fax
jarreguin@cityofberkeley.info
www.jessearreguin.com

character of the district. It would also ensure that the Berkeley Main Post Office building could only be used for a civic or community-oriented use, which is one of the main requests made by the community over the last year, keeping the building as part of the public commons.

The City Council will be voting to refer this item to the Planning Commission on July 16, 2013. Any zoning amendments must be considered by the Planning Commission. After which time the Commission will make a recommendation to the Council on establishing a zoning overlay which could happen as early as October.

Given that USPS is in the process of considering the potential sale of the Berkeley Main Post Office Building, I wanted to bring this to your attention, since the proposal would change the allowable zoning for the property, and would affect what a buyer could do with the property if the building was sold.

I also want to take this opportunity to reiterate the Berkeley City Council's strong opposition to the sale of the Berkeley Main Post Office and our interest in working with USPS to find solutions to address USPS's financial challenges while keeping the building as a post office.

Sincerely,

*[signature]*

JESSE ARREGUÍN
Councilmember, City of Berkeley
District 4

Enclosure



**Jesse Arreguin**
Councilmember, District 4

**48**

<u>CONSENT CALENDAR</u>
July 16, 2013

To: Honorable Mayor and Members of the City Council

From: Councilmember Jesse Arreguin

Subject: Referral to Planning Commission: Civic Center District Zoning Overlay

<u>RECOMMENDATION</u>:
Refer to the Planning Commission amending B.M.C. Chapter 23D.36 (R-3 District) and B.M.C. Chapter 23E.68 to establish a zoning overlay for properties designated as part of the Civic Center Historic District, restricting uses permitted to only the use categories listed below:

Other Professionals and Government, Institutions, Utilities
Group Class Instruction for Business, Vocational or Other Purposes
Gyms and Health Clubs
Dance, Exercise, Martial Arts and Music Studios
Theaters, including Motion Pictures and Stage Performance
Live Entertainment
Community Centers
Parks and Playgrounds
Public Safety and Emergency Services
Schools, Public or Private

The Planning Commission should make its recommendation to the City Council by September 2013.

<u>BACKGROUND</u>:
In December of 1998, the City of Berkeley established a Civic Center Historic District containing the following properties:

Old City Hall, 2134 Martin Luther King Jr. Way
Civic Center Park
Veterans Memorial Building, 1931 Center Street
Federal Land Bank Building (MLK Civic Center Building), 2180 Milvia Street
Berkeley High School Community Theater, 1930 Allston Street
Berkeley High School

Florence Schwimley Little Theater, 1920 Allston Way
YMCA Building, 2001 Allston Way
Berkeley Main Post Office Building, 2000 Allston Way
State Farm Insurance Building, 1947 Center Street
City Hall Annex, 1835 Allston Way
County Courthouse, 2120 Martin Luther King Jr. Way
Public Safety Building, 2100 Martin Luther King Jr. Way

Subsequently, the Civic Center Historic District was added to the National Register of Historic Places, National Register # 98000963.

The creation of the Civic Center Historic District recognized the special role that the civic center district played in the history of Berkeley, as well as preserving buildings of special cultural and architectural merit.

The Berkeley General Plan also speaks to the role of maintaining the Civic Center as a place for community activities, cultural, educational, and civic facilities.

**Policy LU-22 Civic Center**
*Maintain the Civic Center as a cohesively designed, well-maintained, and secure place for community activities, cultural and educational uses, and essential civic functions and facilities.*

**Policy UD-38.A**
A.    *Promote the Civic Center as a historic resource listed on the National Register of Historic Places.*

The establishment of a Civic Center District zoning overlay will not only limit uses of properties in the district to those consistent with the character of the district, but it will also ensure that the Downtown Post Office can only be utilized for a civic or community-oriented use, and may help influence the USPS decide a more favorable future for the building.

FINANCIAL IMPLICATIONS:
Staff time involved in researching proposal, developing staff reports for commission review, presenting before Planning Commission and developing a report to City Council

CONTACT PERSON:
Jesse Arreguin, Councilmember, District 4          981-7140

Attachments:
1. Map of Civic Center Historic District
2. Zoning Map showing zoning designations for properties in Civic Center Historic District





Attachment 2