BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General
JOSEPH H. HUNT
Director, Federal Programs Branch
JACQUELINE COLEMAN SNEAD
Assistant Branch Director
JULIA BERMAN, Bar No. 241415
Trial Attorney
U.S. Department of Justice, Civil Division
20 Massachusetts Avenue, NW
Washington, D.C. 20001
Phone: (202) 616-8480; Fax: (202) 616-8470
*Attorneys for the Plaintiff*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES POSTAL SERVICE,<br><br>           Plaintiff,<br><br>     v.<br><br>CITY OF BERKELEY,<br><br>           Defendant. | Case No. _____<br><br><br><br>**EXHIBIT 3 TO**<br>**COMPLAINT FOR DECLARATORY**<br>**AND INJUNCTIVE RELIEF** |

**EXHIBIT 3:**

**Resolution No. 67,128-N.S.**

Complaint for Declaratory and Injunctive Relief

RESOLUTION NO. 67,128–N.S.

TO PRESERVE AND BEST UTILIZE THE DOWNTOWN BERKELEY MAIN POST OFFICE BUILDING

WHEREAS, the United States Postal Service, through its pleadings in *City of Berkeley v Donahoe*, has stated that Berkeley's downtown Post Office at 2000 Allston Way is not for sale, nor are services to be transferred out of that location; and

WHEREAS, the City of Berkeley is no longer engaged in a lawsuit with the United States Postal Service contesting the building's sale; and

WHEREAS, the City of Berkeley, its City Council and its citizens have an abiding interest in preserving their historic downtown Post Office, maintaining and expanding its services and utilizing the space for the public good.

NOW THEREFORE, BE IT RESOLVED by the Council of the City of Berkeley that the Mayor and City Council reaffirm their resolution of March 7, 2013, in opposition to the sale of the downtown Berkeley Post Office, and reaffirm that it is not in the best interests of Berkeley's residents that it be sold.

BE IT FURTHER RESOLVED that the Mayor, City Council, City of Berkeley administration and concerned citizens wish to discuss the future of the downtown Berkeley Post Office with the appropriate United States Postal Service officials.

BE IT FURTHER RESOLVED that the City Council instructs the City Manager and/or City Attorney to write a letter to the appropriate United States Postal Service officials, requesting that discussions take place regarding the following non-exclusive topics:

- The return of postal services to 2000 Allston Way, including package pickup of undelivered mail, bulk mail drop-off, and improvements to wait times at this location; and

- The greening of the Berkeley Postal Service, including the return of distribution routes to the downtown facility to save fuel and time, the installation of roof solar panels, and replacing the fleet with fuel-efficient vehicles; and

- The ongoing maintenance and preservation of the building, including needed repairs and an assessment of its structural integrity; and

- The preservation of the landscaping and garden along Milvia Street; and

- Potential best uses of space inside the building that is not needed for Postal Services, including community uses along with revenue-generating tenancies; and

- USPS pilot of a program for Postal Banking, as suggested by the Postal Service Inspector General's report, advocating for and using our locale as an incubator site and hub for a test rollout of the service.

The foregoing Resolution was adopted by the Berkeley City Council on June 30, 2015 by the following vote:

Ayes: Anderson, Arreguin, Capitelli, Droste, Maio, Moore, Wengraf, Worthington and Bates.

Noes: None.

Absent: None.

Tom Bates, Mayor

Attest: Mark Numainville, City Clerk