IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES POSTAL SERVICE, | No. C 16-04815 WHA |
| Plaintiff, | |
| v. | **ORDER EXTENDING BRIEFING SCHEDULE FOR MOTION TO DISMISS** |
| CITY OF BERKELEY, | |
| Defendant. | |

The Court is in receipt of the parties' stipulated request to extend the briefing schedule for defendant's motion to dismiss (Dkt. No. 14). The due date for plaintiff's response is continued from November 10 to **DECEMBER 1**. The due date for defendant's reply is continued from November 17 to **DECEMBER 8**. The hearing on the motion is continued from December 1 to **DECEMBER 22**.

**IT IS SO ORDERED.**

Dated: November 4, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE