BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General
JOSEPH H. HUNT
Director, Federal Programs Branch
JACQUELINE COLEMAN SNEAD
Assistant Branch Director
JULIA BERMAN, CA. Bar No. 241415
Trial Attorney
U.S. Department of Justice, Civil Division
20 Massachusetts Avenue, NW
Washington, D.C. 20001
Phone: (202) 616-8480; Fax: (202) 616-8470
Email: julia.berman@usdoj.gov
*Attorneys for the United States Postal Service*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES POSTAL SERVICE, | Case No. 16-cv-4815-WHA |
| Plaintiff, |  |
| v. |  |
| CITY OF BERKELEY |  |
| Defendant. | ~~[PROPOSED]~~ ORDER |

Pursuant to the parties' stipulated request, the case management conference currently scheduled for December 1, 2016 shall be continued until December 22, 2016, the date of the hearing on the Defendant's Motion to Dismiss.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: __November 23__, 2016                      _____

Hon. William ~~H.~~ Alsup
United States District Judge

*United States Postal Service v. City of Berkeley*, Case No. 16-cv-4815
~~[PROPOSED]~~ ORDER