BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General
JOSEPH H. HUNT
Director, Federal Programs Branch
JACQUELINE COLEMAN SNEAD
Assistant Branch Director
JULIA BERMAN, CA. Bar No. 241415
Trial Attorney
U.S. Department of Justice, Civil Division
20 Massachusetts Avenue, NW
Washington, D.C. 20001
Phone: (202) 616-8480; Fax: (202) 616-8470
Email: julia.berman@usdoj.gov
*Attorneys for the United States Postal Service*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES POSTAL SERVICE,<br><br>　　　　Plaintiff,<br><br>　　　　　　v.<br><br>CITY OF BERKELEY<br><br>　　　　Defendant. | Case No. 16-cv-4815-WHA<br><br><br><br><br><br><br><br>[PROPOSED] ORDER |

Pursuant to the parties' stipulated request, the case management conference currently scheduled for December 1, 2016 shall be continued until December 22, 2016, the date of the hearing on the Defendant's Motion to Dismiss.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: ___November 23___, 2016            _____
　　　　　　　　　　　　　　　　　　　　　　　Hon. William H. Alsup
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

*United States Postal Service v. City of Berkeley*, Case No. 16-cv-4815
[PROPOSED] ORDER