IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES POSTAL SERVICE,<br><br>    Plaintiff,<br><br>  v.<br><br>CITY OF BERKELEY,<br><br>    Defendant. | No. C 16-04815 WHA<br><br>**ORDER SCHEDULING TELECONFERENCE** |

The Court would like to hold a teleconference, which should last approximately 10 minutes, with counsel for both sides on **JANUARY 18 AT 10:00 A.M.** Counsel should call chambers at (415) 522-3684 using a conference line.

**IT IS SO ORDERED.**

Dated: January 13, 2017.

                                                                              _____
                                                                              WILLIAM ALSUP
                                                                              UNITED STATES DISTRICT JUDGE