IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES POSTAL SERVICE,

Plaintiff,

v.

CITY OF BERKELEY,

Defendant.

No. C 16-04815 WHA

**ORDER DENYING MOTIONS FOR SUMMARY JUDGMENT**

Both sides' motions for summary judgment are **DENIED** due to genuine disputes of material fact. If both sides will so stipulate, the Court will try this case on the summary judgment record based on its own factual evaluation thereof. If both sides will so stipulate, we will have closing arguments with each side receiving an hour (total of two hours). Otherwise, we will proceed to a bench trial with a fresh record. Counsel shall please promptly advise the Court how they wish to proceed.

**IT IS SO ORDERED.**

Dated: January 23, 2018.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE